# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Christopher Michael Yordy**  
Debtor(s)

Case No. **1:16-bk-04191-RNO**  
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-8937**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Christopher Michael Yordy**

Street: **860 Ono Road**

City, State and Zip: **Jonestown, PA 17038**

Telephone #: **717-376-7340**

**Please be advised that effective February 5, 2018,**
**my (our) new mailing address and telephone number is:**

Name: **Christopher Michael Yordy**

Street: **97 Fort Swatara Rd**

City, State and Zip: **Jonestown, PA 17038**

Telephone #:

**/s/ Christopher Michael Yordy**
**Christopher Michael Yordy**
Debtor